UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED
2011 JUN 20 PM 12: 52
US DISTRICT COURT
MIDDLE DISTRICT OF FL
ORLANDO FLORIDA

| | |
|---|---|
| HEIKE ALBERT )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DRS TECHNOLOGIES, INC., et. al., )<br>)<br>Defendant. ) | Civil Action No. 6:11-CV-869-Orl-35DAB |

## MOTION FOR LEAVE OF COURT TO WITHDRAW AS COUNSEL
## FOR PLAINTIFF HEIKE ALBERT

Pursuant to Local Rule 2.03, the law firm of Sanford Wittels & Heisler, LLP, hereby moves for leave of court to withdraw as counsel for Heike Albert, effective on June 25, 2011.

This motion is based on the following:

1. Counsel for Plaintiff Heike Albert withdraws in accordance with the terms of the signed agreement between Ms. Albert and counsel.

2. Pursuant to Local Rule 2.03(b), Plaintiff's counsel gave notice to Ms. Albert and Defendants' counsel of its intention to withdraw.

3. On May 26, 2011, Plaintiff's counsel confirmed with Ms. Albert its plan to terminate counsels' representation.

4. On June 16, 2011, counsel informed Defendants' counsel that it would no longer represent Ms. Albert and she will proceed *pro se* after the Court grants this motion.

Plaintiff's counsel provides the following contact information for Ms. Albert:

1

Heike Albert
570 Laurel Oak Court NE
Palm Bay, FL 32907
818-522-9644
dezmartin@hotmail.com

WHEREFORE, the law firm of Sanford Wittels & Heisler, LLP, respectfully requests that the Court grant leave for Plaintiff's Counsel to withdraw as counsel for Ms. Albert to be effective June 25, 2011.

Dated: June 16, 2011　　　　　　　　Respectfully submitted,

By: _____David Sanford_____
　　　David Sanford
　　　Sharon Y. Eubanks
　　　**SANFORD WITTELS & HEISLER, LLP**
　　　1666 Connecticut Avenue, NW,
　　　Washington, DC 20009
　　　(202) 742-7454
　　　Fax: (202) 742-7776
　　　dsanford@swhlegal.com
　　　seubanks@swhlegal.com

　　　*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed via Federal Express, and served thereby upon the following counsel of record:

> Eric A. Gordon
> Melissa S. Zinkil
> Akerman Senterfitt
> 222 Lakeview Avenue Suite 400
> West Palm Beach, FL 33401-6147
> *Attorneys for Defendants*

Harlan Trevithick
Legal Assistant