UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

|  |  |  |
|---|---|---|
| HEIKE ALBERT | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 6:11-CV-869-Orl-35DAB |
| v. | ) | |
| | ) | |
| DRS TECHNOLOGIES, INC., et. al., | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR LEAVE TO WITHDRAW SANFORD WITTELS & HEISLER, LLP ("SWH") AS COUNSEL FOR PLAINTIFF HEIKE ALBERT

Pursuant to Local Rule 2.03, Plaintiff's Counsel hereby respectfully submits this Motion for Leave to Withdraw Sanford Wittels & Heisler, LLP ("SWH") as Counsel for Plaintiff Heike Albert.

Subsequent to the Court's decisions regarding Plaintiff's Counsel's previous motions to withdraw[1] and in compliance with Local Rule 2.02(a), Plaintiff's designated Ryan Christopher Rodems, attorney for Barker, Rodems & Cook, PA, as counsel for Plaintiff.

Plaintiff's Counsel respectfully asserts as follows:

1. SWH Counsel for Plaintiff Heike Albert withdraws in accordance with the terms of the signed agreement between Ms. Albert and counsel.

2. Pursuant to Local Rule 2.03(b), Plaintiff's counsel gave notice to Ms. Albert and

---

[1] On June 22, 2011, Ms. Albert filed an Opposition to Plaintiff's Motion for Leave to Withdraw as Counsel. On June 28, 2011, the Court denied Plaintiff's Motion for Leave to Withdraw as Counsel. On July 22, 2011, the Court denied as moot Plaintiff's July 1, 2011 Motion for Leave to Reply to Plaintiff Heike Albert's Opposition to Plaintiff's Counsel's Motion for Leave to Withdraw as Counsel pursuant Local Rule 3.01(c).

1

Defendants' counsel of its intention to withdraw.

3. On October 13, 2011, Plaintiff's counsel, through co-counsel Ryan Christopher Rodems, confirmed with Ms. Albert its plan to terminate counsel's representation.

4. On October 18, 2011, Ms. Albert's counsel informed Defendants' counsel that it would no longer represent Ms. Albert and she will proceed with Barker, Rodems & Cook, PA as Counsel after the Court grants this motion.

5. On August 23, 2011, Ryan Christopher Rodems, attorney for Barker, Rodems & Cook, PA, filed a Notice of Appearance on Behalf of Heike Albert.

6. Since his appearance, Mr. Rodems has assumed all case responsibilities related to Ms. Albert and will continue to do so after the Court grants this motion.

7. For example, Mr. Rodems filed jointly with Defense Counsel a Case Management Report on September 8, 2011. On September 27, 2011, the Court approved the schedule and on September 28, 2011, reported future case deadlines.

WHEREFORE, the law firm of Sanford Wittels & Heisler, LLP, respectfully requests that the Court grant this motion and grant leave for Plaintiff's Counsel SWH to withdraw as counsel for Ms. Albert and allow her to proceed solely with Barker, Rodems & Cook, PA. Should the Court require additional information, Plaintiff's Counsel is prepared to submit any necessary materials *in camera* with the Court.

Respectfully submitted,

By:     /s Steven L. Wittels
       Steven L. Wittels (SLW-8110)
       **SANFORD WITTELS & HEISLER, LLP**
       440 West Street
       Fort Lee, New Jersey 07024
       (201) 585-5288

       David Sanford, D.C. Bar No. 457933
       Sharon Y. Eubanks, D.C. Bar No. 420147
       **SANFORD WITTELS & HEISLER, LLP**
       1666 Connecticut Avenue, N.W., Suite 310
       Washington, D.C. 20009
       Telephone: (202) 742-7789
       Facsimile: (202) 742-7776

       Ryan Christopher Rodems
       Barker, Rodems & Cook, PA
       501 East Kennedy Boulevard, Suite 790
       Tampa, Florida 33602
       Telephone: (813) 489-1001
       Facsimile: 813-489-1008

       *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 18th day of October, 2011 a copy of the foregoing was filed via Federal Express with the U.S. District Court for the Middle District of Florida, Orlando Division, and electronically upon the following counsel of record:

Eric A. Gordon
Melissa S. Zinkil
Akerman Senterfitt
222 Lakeview Avenue Suite 400
West Palm Beach, FL 33401-6147
eric.gordon@akerman.com
melissa.zinkil@akerman.com
*Attorneys for Defendants*

/s/ Harlan Trevithick
Harlan Trevithick