UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**HEIKE ALBERT,**

    **Plaintiff,**

vs.                                        Case No. 6:11-CV-869-CEH-DAB

**DRS RSTA, INC.,**

    **Defendant.**

_____/

## BARKER, RODEMS & COOK'S, P.A. MOTION FOR LEAVE TO WITHDRAW AS ATTORNEYS OF RECORD

Ryan Christopher Rodems, Esquire, and Barker, Rodems & Cook, P.A. (BRC) move for leave to withdraw as Plaintiff Heike Albert's counsel, and as grounds therefor would state:

1. Irreconcilable differences have arisen. Termination of representation is mandatory under Rule 4-1.16, R. Regulating Fla. Bar.

2. Pursuant to Middle District Local Rule 2.03(b), notice was provided to Plaintiff on February 5, 2012, and opposing counsel on February 6, 2012.

3. Defendant served discovery on Plaintiff on December 14, 2011, and Defendant thereafter agreed to an enlargement of time to respond to February 7, 2012. Given the circumstances, it would be appropriate for the Court to enlarge the time for a response.

4. Before filing the instant motion, I certify that I conferred with Eric Gordon, Esquire, counsel for Defendant, and Plaintiff. Mr. Gordon was unable to state his client's position during the conversation but advised he would respond further.

5. Ryan Christopher Rodems, Esquire and BRC do <u>not</u> seek to impose a charging or

retaining lien.

WHEREFORE, Ryan Christopher Rodems, Esquire and BRC move for leave to withdraw as counsel for Plaintiff.

DATED this 6th day of February, 2012.

/s/ Ryan Christopher Rodems            .
RYAN CHRISTOPHER RODEMS, ESQUIRE
TRIAL COUNSEL
Florida Bar No. 947652
BARKER, RODEMS & COOK, P.A.
501 East Kennedy Boulevard, Suite 790
Tampa, Florida 33602
Telephone: (813) 489-1001
Fax: (813) 489-1008
E-mail: rodems@barkerrodemsandcook.com
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to registered CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: Heike Albert, 570 Laurel Oak Court, NE, Palm Bay, Florida 32907.

/s/ Ryan Christopher Rodems            .
RYAN CHRISTOPHER RODEMS, ESQUIRE